Form 2

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

Darryl L. Fitzhugh

DL. Fitzhugh Corporation

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

"see attached"

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CIV 24 845**
_____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

FILED

AUG 15 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name               Darryl L. Fitzhugh
   Street Address      3819 N. Geraldine ave #31
   City and County     Oklahoma City, Oklahoma
   State and Zip Code  Oklahoma 73112
   Telephone Number    405 493 2112
   E-mail Address      MrDarryllscorp@outlook.com

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name              Google Trust Services LLC

Job or Title *(if known)*

Street Address        1600 amhitheate parkway

City and County      mountain View        santa clara County

State and Zip Code    California    94043

Telephone Number      650 253 0000

E-mail Address *(if known)*  www, corporate-office-headquarters.com

**Defendant No. 2**

Name              Meta Platforms, INC

Job or Title *(if known)*

Street Address        1 hacker way

City and County      menio park        San Mateo county

State and Zip Code    California    94025

Telephone Number      650 543 4800

E-mail Address *(if known)*  www, facebook.com

**Defendant No. 3**

Name              Android Industries, LLC

Job or Title *(if known)*

Street Address        2155 Executive Hills Drive

City and County      auburn Hilk        oakland county

State and Zip Code    michigan        48326

Telephone Number      248 732 0000

E-mail Address *(if known)*  www. andriod-ind, com

**Defendant No. 4**

Name              Microsoft corporation

Job or Title *(if known)*

Street Address        microsoft Building 92, NE 36th

City and County      Redmond        king county

State and Zip Code    washington    98052

Telephone Number      425882 8080

E-mail Address *(if known)*  Support.microsoft.com

Def. #2
        Meta Platforms. Inc
incorporated principal business state: California
principal place of Business: California


Def #3
        android Industries LLC.
incorporated under Law in: California,
and principal state of Business: Michigan


Def #4
        Microsoft Corporation, is
incorporated under Laws in state:
CWA, and principal state of Business
is: WA

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* **Darryl L. Fitzhugh**, is a citizen of the State of *(name)* **Oklahoma**.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of

   the State of *(name)* _____. Or is a citizen of

   *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* Google Trust Services LLC, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* California.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake– is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 50,000,000.00

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Each defendant allowed companies to use and access their Internet, Software, and technology. These people and companies hacked private and personal photo's, Data and Info for Resale. And they used my Business information to do other frauds and ID thefts.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I want $50,000,000.00 because of the number of people and Business are still pertisipat-ing thill activite. They are still doing it. I'm unable to access any Internet services.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      8/18/2024

Signature of Plaintiff

Printed Name of Plaintiff      Darryl L Fitzhugh

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Fitzhugh
3819 N Gerald. we ave. 3?
Okc, Ok 73112
405 493 3110

# Complaint

On June 30, 2023 I was releast from Jess Dunn Correctional Facilaty, il went the same day to live with my wife of 13 years, Angela S. Fitzhugh, at a motel on okc's South side. angela and I stayed at the Motel 8 for 3 plus weeks until the sale of her deased mother's house was final. my mother Leslie Fitzhugh had purchased me a MetroBy tmobile cell phone (4056221651) that il used in finding angela and I a permanent address while we waited for her court to Clear. il Began to recieve strange and unuasal Emails and advirtisments to the gmail account I opened when I got the phone, il payed no mind. Her House sale was complete at the End of the 3 weeks in the motel8, at the same time I located a apartment that would except my felonies, and no Employment history.

(1)

Beryl W. Fitzhugh
3819 N. McArthur ave #31
Okc, Ok 73112
405 493 2112

On September 13, or so, angela and I signed a 1year Lease at Leakview apartment, 3626 NW 42st, #210 Okc, Ok 73112, angela payed the leasE up until Janary 2024. We Fully furnished the apartment wall to wall, Bought a 2012 Hyanda Car, and payed all the Bills up. Please note; that with this I felt good enough to try and Restart my corporation that I thought was dormate since 2009 when I went to prison the First time.

As Im trying to get my corp. Back in good standing, I started noticing very strange things, that I Knew wasn't strange, like, my pin codes changed on all my Bank accounts, Phone verification codes, most of my personal information was Wrong with company's, and stranges Emails from company and Business that I would never use. So I down loaded a app called Beverivied, and did a Reverse look up on my cell number and angela, my wife's cell numbers.

(5)

3819 N. geridine ave #2
oke ok 73112
405 493 8112

To my dismay the app showed me numorous things that angela and a number of other people were doing in my name, and with my personal Information, as far Back as when i was sentenced to prison in 2019. Then it told me that most of the aclivity was coming from angela divice and her gmail accounts. when I confronted her, she Basielly waged war on me, and my freedom. she would do things against ower marriage, than Call people and have me think they were outside of the apartment. things like, I would log in to "Googlemaps", and it would say my phone was in apartment 107, 3 doors down, that turned out to Be her and her cousin Booke McNew Drug supply, and all kind of places that il was supposed to have went. We endedup filing VPO's on each other, and il finally end up leaving the apartment, and going to my mother House.

③

Daryl Lentzligh
3814 N Geraldine ave # 31
OKC OK 73112
405 493 2112

## Were Google & Face Book Come in *

I left the apartment on 43rd on Febuary 9th 2024 or so, I was living in my mothers second Room at, "14 NE 67st okc, ok 73105", and from the day I got there, me, and angela would have hateful text message, and even worse conversations. I would go to "google maps" and it would say her phone was on my front porch, or circle the Block, so I would Become violent and threating, and it would say the device is moving Back to the front porch, or moving around the House, this happed for a couple of days. and my mother Reasured me no Body was outside. But it was on "google maps", so I started exzamining google I found out lots of things about google, the software they use and many other thing. It Didn't show its self until I move to my own apartment. ④

*<ins>Low and Behold</ins>*

Darryl Stough
3819 N. Geraldine ave #31
Okc, ok 73112
405 493 2112

.So I Believe I moved into
my new apartment (3819 N Geraldine
ave. #31 okc, ok 73112) on or around april
3, or maybe march 30, or something,
And I was still in contact with angela.
and all the "google maps" activity,
and the strange emails continued,
then one day I got a text message
saying: "this is google services, Remember
the service you added to Recover your
accounts you can't access? you can
access your accounts in 24 hours".
So I got all happy, and in 24 hours
I clicked the link, and show nuff!,
it took me Right into my "ninjasilents @
outlook.com" account, that was linked
to my "DarrylKscorpOgmail.com" account.
and it was hundred's of "developer' Congrats"
Email's, "producer" ~~settlements~~ "Emails,
and ~~Bunch~~ of Emails like that, so I
clicked on one, and it was a
Bunch of my ~~private~~, "wife duties"
video's, that had Been hacked
off my phone month's ~~PRIER~~!  (5)

Roy L. Fitzhugh
3819 N Goodmeave #31
Okc, ok 73112
405 493 2112

I'M trying to See if these
own my videos I took of me
and my wifes sexual activitys,
But it would never show the
~~video~~. So I started writing
down the names, and email address
of the producers, photo people, set
designers, and those people. Then,
I started sending death threats, and
Bodily harm emails to those
people. I guess when I posted
some of their names on facebook,
their gloves came off! Before
when they would show their "names",
now every "Friend request", "people
you may know on Facebook", was
these peoples "names" and "Business",
that would appear on my, "available
wifi network", selection on my cell phone.
I continued to make death ~~threats~~,
and saying I was going to murder
them, and they went full force!
~~Showing~~ "reds", on facebook, with
assault weapons, putting "death threats"
on my ~~TVs~~ 'cause I have a "~~DMx tv~~" (6)

3819 N. Geraldine ave
OKC. OK 73112
405 493 2112

having people Drive By my house a lot of time, and some time, stop right in front of my house. ~~Interseptions~~ "Interseptions" my phone calls, one night, someone was wiggling my Back door, and when I tried to call 911, it put me on hold, and did not answer. my "~~Bank~~ accounts", are constently Being hacked, I have to reset, "my passwords" every time i try to use my debt cards. my, "navy federal accounts", are closed cause I can't access them, and I've changed accounts more than 3 times so, I've had to change my, "capitol one card," twice, and I've only had that card 1month, and I've had to change "cash app cards", 6 times in total. im in fear for my life Because, "google maps," sends me notices that, "my phone, is in a location close to my apartment.

(T)

3819 N Geraldine ave # 31
Oke, ok 73112
405 495 2112

I have a long list of "names", "Email address", google "portals" these many people use to "teroize me", on a daily Bases. But my "civil suit", is against "Google" and, "FaceBook", Because the "software" is, pre installed, on many smart devices By "google", and the individuals "Names", are, "employee's", of, "google" and, "FaceBook". It was too much Information for me to gather it all, But the information I did captire, shows in Black and white, that these people use "google" and its company as a means to not only "steal" my, "personal and private" videoes, But also use my "Business name", for, ~~THER~~ "gain".

I have Suffered "mental Break, physical hurt," the lose of my, "marriage", wether she was apart of the, "torchar," and the, "rien" of my, "Personal" and "Business name".

I'm asking $50,000,000.00, "google, and," "FaceBook policy" reform, and "termination, of all "Employee's" involved. Thank you (8)