# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL L. FITZHUGH )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GOOGLE TRUST SERVICES, LLC, )<br>ET AL. )<br>)<br>Defendant. ) | Case No. 5:24-cv-00845-JD |

## **AFFIDAVIT**

I, Tricia DeClercq, being of lawful age, and being duly sworn upon oath, state the following facts are true and correct to the best of my knowledge and belief.

1. I am the Chief Financial Officer of Android Industries, LLC ("Android").

2. Android is a Delaware limited liability company.

3. Android's principal place of business is in the date of Auburn Hills, Michigan.

4. Android is an assembler of automotive modules and manufacturing innovator of tooling and equipment for vehicle production.

5. Android does not supply or perform work for Google, T-Mobile, Meta Platforms, Inc, or any of the other named defendants in this action.

6. Android does not conduct business in Oklahoma.

7. Android is registered as a foreign limited liability company with the Michigan Secretary of State.

8. I am Android's registered agent.

9. Android has not authorized the Shipping & Receiving department, nor any employee within that department, to accept service of process.

FURTHER Affiant sayeth not.

*Tricia DeClercq* (signature)
Tricia DeClercq


Subscribed and sworn to me before this
__2nd__ date of __October__, 2024

*Jacquelyn Kay Cornell* (signature)     (seal)
Notary Public Signature

__June 21, 2026__
My Commission Expires


JACQUELYN KAY CORNELL
Notary Public, State of Michigan
County of Oakland
My commission expires Jun. 21, 2026
Acting in the County of __OAKLAND__