IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Darryl L. Fitzhugh )
)
)
)
Plaintiff(s), )
)
v. )  Case No. 5:24-cv-00845-JD
)
Google Trust Services, LLC, et al. )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants, Android Industries, LLC.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Meagon R. Eagon, OBA No. 33165    10/04/2024
Signature                              Date

Meagon R. Eagon, OBA No. 33165
Print Name

Doerner, Saunders, Daniel & Anderson, LLP
Firm

210 Park Avenue, Ste 1200
Address

Oklahoma City        OK        73102
City                 State     Zip Code

405-319-3513
Telephone

meagon@dsda.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA
☐ CJA Appointment
☐ Federal Public Defender
☐ Pro Bono
☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on October 4, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on October 4, 2024, I filed the attached document with the Clerk of the Court and served the attached document by meagon@dsda.com on the following, who are not registered participants of the ECF System:

Plaintiff Darryl L. Fitzhugh, pro se
3819 N Geraldine Ave #31
Oklahoma City, OK 73112
405-493-2112
mrdarryllscorp@outlook.com

s/ Meagon R. Eagon, OBA No. 33165
s/ Attorney Name