# IN THE United States Court
## Western District of Oklahoma

**FILED**
OCT 09 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ nac _____, DEPUTY

Darryl L. Fitzhugh
Plaintiffs

Case # CIV-845-JD

Google Trust Services LLC.

## Motion to file concentionally

To the Clerk of this court and all parties of record:

Plaintiff                          Darryl L. Fitzhugh
plaintiff/Defendant                Name of party

I certify that I am admitted to practice in this court and am Registered to file documents electronically with this court.

_____   10/3/2024
Signature                  Date

Darryl L. Fitzhugh
Print name

Self
Firm

3819 N Geraldine ave #31
Address

OKC OK 73112
City State Zipcode

405-493-2110
Telephone

newdollarsasap@outlook.com
Internet Email address