IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL L. FITZHUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-00845-JD |
| | ) |
| GOOGLE TRUST SERVICES, LLC, | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Motion to File Concentionally [sic] ("Motion"). [Doc. No. 17]. The Motion seeks permission for Plaintiff to participate in electronic case filing in this matter. *See* Motion.

The Court's *ECF Policies & Procedures Manual*, revised August 2024, states that "[l]itigants proceeding *pro se* (without attorney representation) may not file electronically." *See ECF Policies & Procedures Manual*, § I.A.1. It further provides that "[o]nly attorneys who are admitted to practice in the Western District of Oklahoma or others authorized by the Court (e.g., receivers, mediators, those admitted *pro hac vice*, U.S. Probation Officers, U.S. Deputy Marshals) may register for access to the Court's ECF System." *See id*. at § I.B.1.[1]

There is nothing of record to indicate that Plaintiff currently qualifies for registration with the Court's ECF System. Plaintiff does not indicate that he is an attorney

---

[1] The ECF Policies & Procedures Manual is available at: https://www.okwd.uscourts.gov/wp-content/uploads/2024-ECF-PP_8-20.pdf (last accessed Oct. 9, 2024). The Local Civil Rules are available at: https://www.okwd.uscourts.gov/wp-content/uploads/Local-Rules-Adopted-July-2024.pdf (last accessed Oct. 9, 2024).

or that he has been admitted to practice in the Western District of Oklahoma or admitted *pro hac vice*. *See* LCvR83.2 (eligibility and procedures for admissions to the Court and admission *pro hac vice*); LCvR83.3 (association of local counsel requirements); LCvR83.5 (appearance of counsel requirements if attorney is admitted to practice in this Court).

For these reasons, the Court **DENIES** the Motion without prejudice to resubmission if Plaintiff qualifies to register for access to the Court's ECF System. Plaintiff is currently required to file paper originals by mailing them to the Court or presenting them for filing in person. *See ECF Policies & Procedures Manual*, § II.I. ("*Pro se* litigants shall file paper originals of all complaints, pleadings, motions, affidavits, briefs, and other documents. The Court will scan these original documents but will retain the paper original only if it is illegible or is needed as a courtesy copy.").

IT IS SO ORDERED this 9th day of October 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE