**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF: Darryl L Fitzhugh | COURT CASE NUMBER: CIV-24-845-JD |
| DEFENDANT: Microsoft Corporation | TYPE OF PROCESS: |

RECEIVED AUG 30 2024 U.S. MARSHAL'S OK?

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Micro Soft Corporation
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Micro Soft Building 92, NE 36th Redmond WA 9805

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
3819 N. Geraldine ave. apt 31
Oklahoma City, OK 73112

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 4 | District of Origin No. 64 | District to Serve No. 86 | Signature of Authorized USMS Deputy or Clerk: MS | Date: 9/9/24 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Hessegrave, Mo (Security)

Date: 9/10/24    Time: 1632    ☐ am ☒ pm

Address (complete only if different than shown above): ///

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | 24 miles | 8.00 | | | |

REMARKS: 1. 2 Deputy, 24 miles total, Served at location 1 hour

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-2
Rev. 11/

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| | | |
|---|---|---|
| PLAINTIFF | Darryl L Fitzhugh | COURT CASE NUMBER: CIV-24-845-JD |
| DEFENDANT | Meta Platforms, INC | TYPE OF PROCESS |

RECEIVED AUG 30 2024 U.S. MARSHALS WOK

SERVE AT: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Meta Platforms, INC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 Hacker Way Menlo Park, CA 94025

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

3819 N. Geraldine ave apt 31
Oklahoma City, OK 73112

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 64
District to Serve No.: 11
Signature of Authorized USMS Deputy or Clerk
Date: 10/10/24

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
EDGAR CENTENO - security lead
Date: 10/10/24   Time: 1115 ☐ am ☐ pm

Address (complete only different than shown above):
18 HACKER WAY
MENLO PARK, CA 94025

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

# of DUSMs: 1
# of hours for all DUSMs: 1.5
# of round trip miles for all vehicles: 60

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF: Darryl L. Fitzhugh | COURT CASE NUMBER: CIV-24-845-JD |
| DEFENDANT: Google Trust Services LLC | TYPE OF PROCESS: |

RECEIVED AUG 30 2024

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Google Trust Services LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1600 Amphitheatre parkway Mountain view, CA 94043

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
3819 N. Geraldine ave. apt 31
Oklahoma city, OK 73112

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | 64 | 64 | TW | 10/15/24 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Front Desk
Date: 10/07/24  Time: 10:59 ☒ am ☐ pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
Summons sent certified mail. Tracking number: 9589 0710 5270 2454 8279 64.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18