## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DARRYL L. FITZHUGH | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:24-cv-00845-JD |
| vs. | ) | |
| | ) | |
| GOOGLE TRUST SERVICES, LLC, | ) | |
| ET AL. | ) | |
| | ) | |
| Defendant | | |

## ANDROID INDUSTRIES, LLC'S,
## AMENDED CERTIFICATE OF SERVICE

Android Industries, LLC ("Android"), through counsel, filed a Motion to Dismiss on October 4, 2024, which was resubmitted on October 7, 2024. The Motion to Dismiss contained a Certificate of Service stating the pleading was served upon the Plaintiff via the Court's electronic notification system (ECF). This Amended Certificate of Service confirms Plaintiff has been mailed a copy of Android's Motion to Dismiss [Docket No. 16], via FedEx overnight delivery on October 18, 2024.

Respectfully submitted,

/s/Meagon R. Eagon
Kaylee Davis-Maddy, OBA No. 31534
Meagon R. Eagon, OBA No. 33165
Doerner, Saunders, Daniel & Anderson, LLP
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Office Phone: (405) 319-3513
Fax: (405) 319-3534
Email: kmaddy@dsda.com
          meagon@dsda.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 18, 2024, a true and correct copy of the foregoing document was submitted via the Court's electronic notification system (ECF).

I hereby certify that, on October 18, 2024, a true and correct copy of the foregoing document was served via FedEx overnight delivery on the following:

Plaintiff Darryl L. Fitzhugh, pro se
3819 N Geraldine Ave #31
Oklahoma City, OK 73112

/s/Meagon R. Eagon
Meagon R. Eagon

8519996.1