**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

DARRYL L. FITZHUGH, )
)
)
)
)
Plaintiff(s), )
)
v. )       Case No. 5:24-cv-00845-JD
)
GOOGLE TRUST SERVICES, LLC, META )
PLATFORMS, INC., ANDROID INDUSTRIES, )
INC., and MICROSOFT CORPORATION, )
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

| Defendant | , | Google Trust Services, LLC | . |
|---|---|---|---|
| (Plaintiff/Defendant) | | (Name of Party) | |

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

| s/ William A. Johnson | October 25, 2024 |
|---|---|
| Signature | Date |

William A. Johnson
Print Name

Hartzog Conger Cason, LLP
Firm

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

201 Robert S. Kerr Ave., Suite 1600
Address

| Oklahoma City | OK | 73102 |
|---|---|---|
| City | State | Zip Code |

(405) 235-7000
Telephone

bjohnson@hartzoglaw.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on October 25, 2024, I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.


☐ I hereby certify that on, I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:


s/ William A. Johnson

s/ Attorney Name