IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DARRYL L. FITZHUGH,  )
  )
  Plaintiff(s),  )
  )
v.  )  Case No. 5:24-cv-00845-JD
  )
GOOGLE TRUST SERVICES, LLC, META PLATFORMS, INC., ANDROID INDUSTRIES, INC., and MICROSOFT CORPORATION,  )
  )
  Defendant(s),  )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Google Trust Services, LLC.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

s/ Elizabeth A. Price          October 25, 2024
Signature                      Date

Elizabeth A. Price
Print Name

Hartzog Conger Cason, LLP
Firm

201 Robert S. Kerr Ave., Suite 1600
Address

Oklahoma City        OK        73102
City                 State     Zip Code

(405) 235-7000
Telephone

eprice@hartzoglaw.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on October 25, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Elizabeth A. Price
s/ Attorney Name