# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

DARRYL L. FITZHUGH

      Plaintiff(s)

vs.                                    Case Number:   5:24-cv-00845-JD

    Google Trust Services LLC et al.

      Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

      A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

---

Google Trust Services LLC

[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT    in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)  ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   Parent Company: Google LLC

   Grandparent Company: Alphabet Inc.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)  ☑ YES   ☐ NO

   If YES, identify all such owners:

   Google LLC

4.      **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)  ☐ YES  ☑ NO

If YES, identify entity and nature of interest:

5.      **Is party a trade association?**

(Check one)  ☐ YES  ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 28 day of October , 20 24 .

| | |
|---|---|
| s/William Johnson | |
| Signature | |
| William Johnson | OK 4730 |
| Printed Name | Bar Number |
| Hartzog Conger Cason | |
| Firm Name | |
| 201 Robert S. Kerr Ave., #1600 | |
| Address | |
| Oklahoma City | OK    73102 |
| City | State    ZIP |
| (405) 235-7000 | 405-996-3403 |
| Phone | Fax |
| bjohnson@hartzoglaw.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on  ___October 28, 2024___  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

David W Leimbach
Kaylee P Davis-Maddy
Meagon R. Eagon

I hereby certify that on  ___October 28, 2024___  (Date), I served the same document by

☑ U.S. Postal Service        ☐ In Person Delivery

☐ Courier Service            ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es): Darryl L. Fitzhugh
3819 N. Geraldine Ave. #31
Oklahoma City, OK 73112

S/William Johnson
_____
Signature