## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DARRYL L. FITZHUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-00845-JD |
| | ) | |
| GOOGLE TRUST SERVICES, LLC; | ) | |
| META PLATFORMS INC.; | ) | |
| ANDROID INDUSTRIES LLC; and | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 4, 2024, the Court issued an order [Doc. No. 11] requiring Plaintiff

Darryl L. Fitzhugh to show cause by Friday, October 18, 2024, why this case should not

be dismissed for lack of federal subject-matter jurisdiction. The Court explained that

Plaintiff has the burden of showing subject-matter jurisdiction, and Plaintiff's Complaint

failed to sufficiently allege that subject-matter jurisdiction exists. The Court warned

Plaintiff that failure to timely comply with the Court's order would result in the dismissal

of the action. *See* [Doc. No. 11 at 3]. To date, Plaintiff has not complied with the Court's

order, nor has Plaintiff sought any extension of time to comply with the Court's order.

Consequently, the Court DISMISSES Plaintiff's action WITHOUT PREJUDICE.

*See* Fed. R. Civ. P. 12(h)(3).[1]

---

[1] *See also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (discussing the inherent power of a court to dismiss actions sua sponte for lack of prosecution); *Olsen v. Mapes*, 333 F.3d 1199, 1204 & n.3 (10th Cir. 2003) (even without a motion, a district

IT IS SO ORDERED this 28th day of October 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

court may sua sponte dismiss an action "if the plaintiff fails to comply with [the Federal Rules of Civil Procedure] or any order of court").