### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL L. FITZHUGH, | ) |
|         Plaintiff, | ) |
| v. | )   Case No. CIV-24-00845-JD |
| GOOGLE TRUST SERVICES, LLC; METAPLATFORMS INC.; ANDROID INDUSTRIES LLC; and MICROSOFT CORPORATION, | ) |
|         Defendants. | ) |

## **JUDGMENT**

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's Order issued this date, the Court dismisses this action without prejudice.

ENTERED this 28th day of October 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE